■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PAGE, Also Known as SEAN VARONE, Appellant. [696 NYS2d 833] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 30, 1997 (*People v Page,* 240 AD2d 765), affirming a judgment of the Supreme Court, Kings County, rendered January 23, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Sullivan, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE PALAMINO, Appellant. [696 NYS2d 834] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 2, 1998 (*People v Palamino,* 248 AD2d 407), affirming a judgment of the County Court, Nassau County, rendered March 18, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.